**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DARRYL LLOYD WHITE,

        Plaintiff,

vs.

GLEN WHORTON, *et al.*,

        Defendants.

Case No. 2:08-cv-1302-JCM-RJJ

**ORDER**

Presently before the court is defendants' motion seeking an enlargement of time in which to file supplemental briefing pursuant to this court's December 29, 2011 order. Plaintiff has not filed an opposition.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion seeking an enlargement of time (doc. #45) be, and the same hereby is, GRANTED. Defendants shall have up to, and including, January 23, 2012 in which to respond to this court's order.

DATED January 18, 2012.

_____
UNITED STATES DISTRICT JUDGE